UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**SHIRLEY BEZERRA STEEL and JEFFREY STEEL,**

      **Plaintiffs,**

v.   Case No. 6:21-cv-2035-CEM-GJK

**BREVARD COUNTY SCHOOL BOARD, BREVARD PUBLIC SCHOOLS, MARK MULLINS, MISTY BELFORD, CHERLY MCDOUGAL, JENNIFER JENKINS, KRISTEN GODDEN, and NICHOLE DOUGHERTY,**

      **Defendants.**
_____/

**ORDER**

    THIS CAUSE is before the Court upon *sua sponte* review. Plaintiffs filed a Complaint (Doc. 1), which alleges facts involving a minor child. Federal Rule of Civil Procedure 5.2(a)(3) requires that "in an electronic or paper filing with the court that contains . . . the name of an individual known to be a minor . . . a party or nonparty making the filing may include only . . . the minor's initials." The Complaint states, in full, the name of Plaintiffs' minor child. Therefore, it will be stricken.

    Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. Plaintiffs' Complaint (Doc. 1) is **STRICKEN**. The Clerk is directed to remove the Complaint from the record.

2. **On or before December 21, 2021**, Plaintiffs may refile the Complaint in compliance with the Federal Rules of Civil Procedure. Failure to do so may result in the dismissal of this case without further notice.

**DONE** and **ORDERED** in Orlando, Florida on December 7, 2021.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record