**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SHIRLEY BEZERRA STEEL AND**
**JEFFREY STEEL, as natural**
**guardians of S.B.,**

      **Plaintiffs,**

v.                                            Case No:   6:21-cv-2035-CEM-GJK

**BREVARD COUNTY SCHOOL**
**BOARD, BREVARD PUBLIC**
**SCHOOLS, MARK MULLINS,**
**MISTY BELFORD, CHERLY**
**MCDOUGAL, JENNIFER**
**JENKINS, KRISTEN GODDEN,**
**AND NICHOLE DOUGHERTY,**

      **Defendants.**

---

**ORDER**

This cause comes before the Court sua sponte. Plaintiffs bring this case as the natural guardians of their daughter, a minor, and the complaint contains her name. Doc. No. 1. Unless a court orders otherwise, an "electronic or paper filing with the court that contains . . . the name of an individual known to be a minor . . . may include only . . . the minor's initials." Fed. R. Civ. P. 5.2(a)(3).

Accordingly, it is **ORDERED** as follows:

1. The Complaint (Doc. No. 1) is **STRICKEN**;

- 2 -

2. **On or before December 21, 2021**, Plaintiffs must file an amended complaint that complies with Federal Rule of Civil Procedure 5.2(a); and

3. **Failure to file the amended complaint may result in the case being dismissed for failure to prosecute.**

**DONE** and **ORDERED** in Orlando, Florida, on December 7, 2021.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties