UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:21-cv-2035

SHIRLEY BEZERRA STEEL and JEFFREY STEEL,
both individually and as parents and guardians
for S.B., a minor child,

    Plaintiffs,

v.

BREVARD COUNTY SCHOOL BOARD,
BREVARD PUBLIC SCHOOLS, SUPERINTENDENT
MARK MULLINS, BREVARD COUNTY SCHOOL
BOARD CHAIRWOMAN MISTY BELFORD,
CHERYL McDOUGALL, JENNIFER JENKINS,
KRISTEN GODDEN, and NICHOLE DOUGHERTY,

    Defendants.
_____/

## PLAINTIFFS ANSWERS TO
## COURT'S INTERROGATORIES TO PLAINTIFFS

COME NOW Plaintiffs, SHIRLEY BEZERRA STEEL and JEFFREY STEEL, both individually and as parents and guardians for S.B., a minor child, by and through their undersigned counsel, and in response to paragraph one (1) of this Court's Scheduling Order dated December 7, 2021, requiring Plaintiffs to answer, under oath, the Court's Interrogatories, hereby answer the Interrogatories as follows:

    1.    Residence address.

ANSWER: 155 Lee Street, Indialantic, FL 32903.

2. Name of current employer and place of employment.

**ANSWER:** Jeffrey Steel – Vitas Healthcare, 4450 West Eaugallie Boulevard, Suite 250, Melbourne, FL 32934; Shirley Bezerra Steel – Spacecoast Discovery, 3790 Dairy Road, Melbourne, FL 32904.

3. Date(s) and time(s) that you visited the facility.

**ANSWER:** To the best of Shirley Bezerra Steel's recollection, she visited the facility on approximately 15 - 20 occasions. To the best of Jeffrey Steel's recollection, he visited the facility on approximately 8 - 10 occasions. Some of the visits were done virtually due to COVID restrictions. The visitations varied due to the needs of their minor child.

4. Purpose of your visit(s) and duration of your stay(s).

**ANSWER:** To pick up or drop off our minor child at school, to drop off or pick up documentation concerning our minor child's information, and to discuss our minor child's IEP, masking, and violation thereof. The duration of these meetings varied.

5. Did anyone else accompany you? If so, who?

**ANSWER:** On one occasion, Jeffrey Steel was accompanied by the SRO Officer Imperato to discuss our minor child's masking and violation thereof.

6. Describe the nature of your disability.

**ANSWER:** Our minor child has down syndrome and is non-verbal.

7. Specifically list each of the architectural barriers which you personally observed or experienced at this facility.

**ANSWER:** None to Plaintiff's knowledge.

8. Did you take notes or make a contemporaneous record of these barriers? If so, please attach a copy to these Answers.

**Answer:** Not applicable.

9. Please list any other Title III cases in which you have been a party in this District.

**Answer:** None.

_____
Jeffrey Steel

_____
**Shirley Bezerra Steel**

STATE OF FLORIDA
COUNTY OF Brevard

The foregoing instrument was acknowledged before me by means of physical presence or online notarization, by **SHIRLEY BEZERRA STEEL** and **JEFFREY STEEL**, who being first duly sworn, depose and say that they have read the foregoing Answers to Interrogatories, know the contents of same, and to the best of their knowledge and belief, the same are true and correct.

SWORN TO AND SUBSCRIBED before me by means of ✓physical presence or _____ online notarization, on this 22nd day of December, 2021.

_____
NOTARY PUBLIC SIGNATURE

My Commission Expires: JANUARY 21st, 2024



PILAR HAMILTON
MY COMMISSION # HH 053161
EXPIRES: January 21, 2024
Bonded Thru Notary Public Underwriters

DATED this 22nd day of December, 2021.

                                                         ANDERSONGLENN LLP

                                                         */s/ Nicholas P. Whitney*
                                                         **Gregory A. Anderson, Esquire**
                                                         Florida Bar Number: 398853
                                                         gaanderson@asglaw.com
                                                         **Nicholas P. Whitney, Esquire**
                                                         Florida Bar Number: 119450
                                                        nwhitney@asglaw.com
                                                         10751 Deerwood Park Boulevard, #105
                                                         Jacksonville, Florida 32256
                                                         Telephone: (904) 273-4734
                                                         Facsimile:  (904) 273-4712
                                                         *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of December, 2021, I electronically filed this pleading and served Defendants' counsel via e-mail at his address hereinbelow:

**Counsel for Defendants**
Paul Gibbs, Esquire
School Board of Brevard County
General Counsel
Office of Legal Services
2700 Judge Fran Jamieson Way
Viera, Florida  32940-6601
gibbs.paul@brevardschools.org
*Attorney for Defendants*

I further certify that I will be providing Defendant, Nichole Dougherty, due to her no longer working for Brevard Schools and Defendants' counsel informing Plaintiffs' counsel that he therefore cannot accept service on her behalf, with a copy of this pleading via service of process.

                                             **ANDERSONGLENN LLP**

                                             */s/ Nicholas P. Whitney*
                                             **Gregory A. Anderson, Esquire**
                                             **Trial Counsel**
                                             Florida Bar Number: 398853
                                             gaanderson@asglaw.com
                                             **Nicholas P. Whitney, Esquire**
                                             Florida Bar Number: 119450
                                             nwhitney@asglaw.com
                                             10751 Deerwood Park Boulevard, #105
                                             Jacksonville, Florida 32256
                                             Telephone: (904) 273-4734
                                             Facsimile: (904) 273-4712
                                             *Attorneys for Plaintiffs*