UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**SHIRLEY BEZERRA STEEL and
JEFFREY STEEL, both individually
and as parents and guardians for
SOFIA BEZERRA,**

    Plaintiffs,                               Case No.: 6:21-cv-02035-CEM-GJK

v.

**BREVARD COUNTY SCHOOL BOARD,
BREVARD PUBLIC SCHOOLS,
SUPERINTENDENT MARK MULLINS,
BREVARD COUNTY SCHOOL BOARD
CHAIRWOMAN MISTY BELFORD, CHERYL
McDOUGALL, JENNIFER JENKINS, KRISTEN
GODDEN, and NICHOLE DOUGHERTY,**

    Defendants.
_____/

### LOCAL RULE 3.01(g)(3) SUPPLEMENT TO DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT OR, IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT

All served Defendants, specifically, the **BREVARD COUNTY SCHOOL BOARD** ("Board"), **BREVARD COUNTY PUBLIC SCHOOLS**, **SUPERINTENDENT MARK MULLINS** ("Dr. Mullins"), **BREVARD COUNTY SCHOOL BOARD CHAIRWOMAN MISTY BELFORD** ("Belford"), **CHERYL McDOUGALL** ("McDougall") and **JENNIFER JENKINS** ("Jenkins"), and **KRISTEN GODDEN** ("Godden"), (collectively referred to herein as "Defendants"), by and through the undersigned counsel and pursuant to Local Rule 3.01(g)(3) hereby file this Supplement to Defendants'

Motion to Dismiss Amended Complaint or, in the Alternative, Motion for More Definite Statement and state as follows:

1. Defense Counsel conferred with Plaintiffs' Counsel via telephone on January 20, 2022.

2. Pursuant to that conferral, Defense Counsel is authorized to represent to the Court that in light of the Motion, Plaintiffs will be filing an Amended Complaint to address the deficiencies raised within the Motion within 10 days of the date of this Supplement. Defense Counsel does not object to Plaintiffs' filing an Amended Complaint for the purpose of addressing the pleading deficiencies raised within Defendants' Motion.

Dated this 21st day of January, 2022.

Respectfully submitted,

/s/ *Robert J. Sniffen*
**ROBERT J. SNIFFEN (Trial Counsel)**
Florida Bar Number: 0000795
rsniffen@sniffenlaw.com
**KRISTEN C. DIOT**
Florida Bar Number: 0118625
kdiot@sniffenlaw.com
**TERRY J. HARMON**
Florida Bar Number: 0029001
tharmon@sniffenlaw.com

**SNIFFEN & SPELLMAN, P.A.**
123 North Monroe Street
Tallahassee, Florida 32301
Telephone: (850) 205-1996
Facsimile: (850) 205-3004

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on this 21st day of January, 2022, a true and correct copy of the foregoing was electronically filed in the US District Court, Middle District of Florida, using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ *Robert J. Sniffen*
**ROBERT J. SNIFFEN**