UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**SHIRLEY BEZERRA STEEL and JEFFREY STEEL,**

    **Plaintiffs,**

v.      **Case No: 6:21-cv-2035-CEM-GJK**

**BREVARD COUNTY SCHOOL BOARD, MARK MULLINS, MISTY BELFORD, CHERLY MCDOUGAL, JENNIFER JENKINS, KRISTEN GODDEN, NICHOLE DOUGHERTY and BREVARD COUNTY SCHOOL DISTRICT,**

    **Defendants.**

**ORDER**

THIS CAUSE is before the Court on the Case Management Report filed by the parties (Doc. 33). The report indicates that the parties have not yet agreed on a mediator. Therefore, the parties are directed to confer, and then advise the Court, on the selection of a mediator, on or before April 11, 2022.

**DONE** and **ORDERED** in Orlando, Florida on March 28, 2022.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record