UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:21-cv-2035

**SHIRLEY BEZERRA STEEL** and **JEFFREY STEEL**,
both individually and as parents and guardians
for **S.B.**, a minor child,

    Plaintiffs,

v.

**BREVARD COUNTY SCHOOL BOARD,
BREVARD COUNTY SCHOOL DISTRICT,
SUPERINTENDENT MARK MULLINS,
BREVARD COUNTY SCHOOL BOARD
CHAIRWOMAN MISTY BELFORD, CHERYL
McDOUGALL, JENNIFER JENKINS, KRISTEN
GODDEN,** and **NICHOLE DOUGHERTY,**

    Defendants.
_____/

## PLAINTIFFS' EXPERT WITNESS DISCLOSURE

Plaintiffs, **SHIRLEY BEZERRA STEEL** and **JEFFREY STEEL**, both individually and as parents and guardians for **S.B.**, a minor child, by and through the undersigned counsel, and pursuant to this Court's Case Management and Scheduling Order and Rule 26(b)(4)(c), hereby submit their Expert Witness Disclosure to include the following Expert Witnesses:

1. **Megan Mansell**
   **1929 Queenswood Drive**
   **Tallahassee, Florida 32303**

Ms. Mansell is expected to present evidence related to the compliance and protocol of IEPs in public schools. Ms. Mansell is expected to testify as to S.B.'s IEP, the exemptions contained within, and the overall implementation of S.B.'s IEP at Ocean Breeze Elementary School. Ms. Mansell is expected to testify that S.B.'s IEP was violated by the Defendants' policy, as implemented at Ocean Breeze Elementary School. Ms. Mansell's opinions are based upon her training and experience in implementation of IEP in public schools and her review of S.B.'s IEP.

2. **Dr. Alejandro Arias, PsyD.**
   **Psychological & Neurobehavioral Associates, Inc.**
   **PO Box 278455**
   **Miramar, Florida 33027**

   Dr. Arias is expected to present evidence related to neuropsychological conditions of special needs children. Dr. Arias is expected to testify that S.B. faced significant neuropsychological distress and negative developmental effects due to a mask being forcefully tied around her head. Dr. Arias is expected to testify that subjecting S.B. to the forced masking significantly impaired her development and negatively impacted her mentally and emotionally. Dr. Arias' opinions are based upon his training and experience in neuropsychology and his in-person evaluation of S.B.

3. **Danielle Farls, MA, CF-SLP**
   **Speech Innovations of Central Florida LLC**
   **2080 W. Eau Gallie Blvd. Suite A**
   **Melbourne, Florida 32935**

   Ms. Farls is expected to present evidence related to the speech and language development of special needs children. Ms. Farls is expected to testify that S.B. lacked critical vocabulary and communications skills that would enable her to express discomfort or distress due to a mask being tied around her head. Ms. Farls is expected to testify that S.B.'s ability to communicate verbally or via sign language did not allow her to communicate her distress, contrary to the representations made by S.B.'s teachers. Ms. Farls' opinions are based upon her in-person evaluation of S.B. and her experience as a Speech Language Pathologist.

4. **Apryl Balmir, MOT, OTR/L**
   **Speech Innovations of Central Florida LLC**
   **2080 W. Eau Gallie Blvd. Suite A**
   **Melbourne, Florida 32935**

   Ms. Balmir is expected to present evidence related to the limitations of activities of daily living of special needs children. Ms. Balmir is expected to testify that S.B. lacked the fine motor skills to complete activities of daily living, including her inability to remove and retie a mask around her head without assistance. Ms. Balmir's opinions are based upon her in-person evaluation of S.B., her review of S.B.'s medical records, and her experience as an Occupational Therapist.

5. **Juliana Bruner, PT, DPT**
   **Speech Innovations of Central Florida LLC**
   **2080 W. Eau Gallie Blvd. Suite A**
   **Melbourne, Florida 32935**

   Ms. Bruner is expected to present evidence related to the developmental stages of growth of special needs children. Ms. Bruner is expected to testify that S.B. lacks the fine motor skills to appreciate and acknowledge the mask that was forcefully tied around her head, as well as S.B.'s inability to remove and put on her mask without assistance. Ms. Bruner's opinion will be based upon her in-person evaluation of S.B., her review of S.B.'s medical records, and her experience as a Physical Therapist.

6. **Stephen Petty, P.E., C.I.H., C.S.P.**
   **EES Group, Inc.**
   **6321 Irelan Pl, Dublin, Ohio 43016**

   Mr. Petty is expected to present evidence related to the air filtration of masks and the irrationality of the Mask Mandate implemented by Brevard County School Board and Brevard County Public Schools. Mr. Petty is expected to testify that transmission of COVID-19 (airborne viral aerosols) is not prevented by facial coverings of the type tied around S.B.'s head. Mr. Petty will further testify that facial coverings of the type mandated in the Policy and tied to S.B.'s head do not provide a reliable level of protection against inhalation of aerosol viruses and are not considered respiratory protection. Mr. Petty will further testify to the danger presented by a wet paper or cloth mask worn for prolonged

periods. Mr. Petty's opinion will be based upon his training and experience as an engineer.

7. **William L. Bainbridge, Ph.D., FACFE**
   **12620-3 Beach Boulevard, Unit 290**
   **Jacksonville, Florida 32246**

   Dr. Bainbridge is expected to present evidence documenting the various violations of S.B.'s educational and civil rights directly caused by the Defendants' adoption and implementation of the Policy. Dr. Bainbridge is expected to testify regarding the standards of care for educator hiring, training, retention, and supervision, the standard of care and legal compliance issues with respect to special education and particularly, S.B. Dr. Bainbridge is further expected to testify that Defendants violated state and federal law in forcibly masking S.B., and that this state and federal law was enacted to allow for private rights of action and civil recovery where rights of disabled citizens and their families are violated.

8. **Scott B. Richards, M.D.**
   **2620 SW River Shore Drive**
   **Port Saint Lucie, Florida 34984**

   Dr. Richards is expected to present evidence related to the long term, detrimental psychological and developmental effects of masking a disabled child for an extended period of time and the negative implications of masking a disabled child and their ability to recognize facial expressions and/or gestures. Dr. Richards is expected to testify that S.B. sustained long term, detrimental psychological and developmental effects as a result of being forcibly masked for an extended period of time. Dr. Richards' opinion will be based upon his review of S.B.'s medical records and his experience as a psychiatrist.

9. Plaintiffs reserve the right to amend and/or supplement this Expert Witness Disclosure.

   **DATED** this 2nd day of August, 2022.

**ANDERSONGLENN LLP**

*/s/ Nicholas P. Whitney*
**Gregory A. Anderson, Esquire**
Florida Bar Number: 398853
gaanderson@asglaw.com
**Nicholas P. Whitney, Esquire**
Florida Bar Number: 119450
nwhitney@asglaw.com
10751 Deerwood Park Boulevard, #105
Jacksonville, Florida 32256
(904) 273-4734, Fax: (904) 273-4712
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of August, 2022, a true and correct copy of the foregoing was electronically filed in the U.S. District Court, Middle District of Florida, using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

**ANDERSONGLENN LLP**

*/s/ Nicholas P. Whitney*
**Gregory A. Anderson, Esquire**
**Trial Counsel**
Florida Bar Number: 398853
gaanderson@asglaw.com
**Nicholas P. Whitney, Esquire**
Florida Bar Number: 119450
nwhitney@asglaw.com
10751 Deerwood Park Boulevard, #105
Jacksonville, Florida 32256
(904) 273-4734, Fax:  (904) 273-4712
*Attorneys for Plaintiffs*