UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**SHIRLEY BEZERRA STEEL and
JEFFREY STEEL, both individually
and as parents and guardians for
S.B.,**

    Plaintiffs,                              Case No.: 6:21-cv-02035-CEM-DAB

v.

**BREVARD COUNTY SCHOOL BOARD,
BREVARD PUBLIC SCHOOLS,
SUPERINTENDENT MARK MULLINS,
BREVARD COUNTY SCHOOL BOARD
CHAIRWOMAN MISTY BELFORD, CHERYL
McDOUGALL, JENNIFER JENKINS, KRISTEN
GODDEN, and NICHOLE DOUGHERTY,**

    Defendants.
_____/

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Elmer C. Ignacio of Sniffen & Spellman, P.A., hereby enters his appearance as Counsel for Defendants, **Brevard County School Board**, **Brevard County Public Schools**, **Superintendent Mark Mullins**, **Brevard County School Board Chairwoman Misty Belford**, **Cheryl McDougall** and **Jennifer Jenkins** in this action. All correspondence, pleadings, notices, and other materials filed or issued in this cause should be directed to the undersigned as counsel of record at the address listed below.

Dated this 13th day of September, 2022.

>Respectfully submitted,
>
>/s/ Elmer C. Ignacio
>**ELMER C. IGNACIO**
>Florida Bar Number: 537683
>eignacio@sniffenlaw.com
>
>**SNIFFEN & SPELLMAN, P.A.**
>123 North Monroe Street
>Tallahassee, Florida 32301
>Telephone: (850) 205-1996
>Facsimile: (850) 205-3004
>
>*Counsel for the School Board, Superintendent Mullins, and Board Members Belford, McDougall, and Jenkins*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 13th day of September, 2022, a true and exact copy of the foregoing was furnished via-electronic mail to Plaintiffs' counsel of record.

>/s/ Elmer C. Ignacio
>**ELMER C. IGNACIO**