# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**SHIRLEY BEZERRA STEEL and
JEFFREY STEEL, both individually
and as parents and guardians for
S.B.**,

    Plaintiffs,                           Case No.: 6:21-cv-02035-CEM-GJK

v.

**BREVARD COUNTY SCHOOL BOARD,
BREVARD COUNTY PUBLIC SCHOOLS,
SUPERINTENDENT MARK MULLINS,
BREVARD COUNTY SCHOOL BOARD
CHAIRWOMAN MISTY BELFORD, CHERYL
McDOUGALL, JENNIFER JENKINS, KRISTEN
GODDEN, and NICHOLE DOUGHERTY,**

    Defendants.
_____/

## NOTICE OF FILING AMENDED EXHIBIT AND REQUEST TO STRIKE

Defendants, **BREVARD COUNTY SCHOOL BOARD, CHERYL MCDOUGALL, BREVARD COUNTY SCHOOL BOARD CHAIRWOMAN MISTY BELFORD, SUPERINTENDENT MARK MULLINS**, and **JENNIFER JENKINS** (collectively, "Defendants"), file this Notice of Filing Amended Exhibit and Request to Strike, because Defendants inadvertently filed Doc. 79-1 prior to redacting Plaintiff S.B.'s name as required by Federal Rule of Civil Procedure 5.2(a)(3).[1] Accordingly, Defendants are now filing an Amended

---

[1] The undersigned would normally contact the Clerk and attempt to resolve this issue without seeking Court intervention. However, the Court is currently closed

Exhibit 1 with Plaintiff S.B.'s name redacted. Defendants further respectfully request that this Court strike the previously filed exhibit and remove it from the docket.

Respectfully submitted this 30th day of September 2022.

/s/ *Robert J. Sniffen*
**ROBERT J. SNIFFEN**
Florida Bar Number: 0000795
rsniffen@sniffenlaw.com
**TERRY J. HARMON**
Florida Bar Number: 0029001
tharmon@sniffenlaw.com
**KRISTEN C. DIOT**
Florida Bar Number: 0118625
kdiot@sniffenlaw.com
**ELMER C. IGNACIO**
Florida Bar Number: 537683
eignacio@sniffenlaw.com

**SNIFFEN & SPELLMAN, P.A.**
123 North Monroe Street
Tallahassee, Florida 32301
Telephone: (850) 205-1996
Facsimile: (850) 205-3004

*Counsel for Brevard County School Board, Brevard County Public Schools, Superintendent Mark Mullins, Brevard County School Board Chairwoman Misty Belford, Cheryl McDougal, and Jennifer Jenkins*

---

due to Hurricane Ian. Accordingly, the undersigned is filing this Notice and Request to Strike in an attempt to remedy the inadvertent filing as quickly as possible.

## WORD COUNT CERTIFICATION

This document complies with word limits set forth in this Court's Standing Order on Discovery Motions [**Doc. 8**] as it contains 153 words, exclusive of caption, signature block, and certifications.

/s/ *Robert J. Sniffen*
**ROBERT J. SNIFFEN**

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 30th day of September 2022, a true and correct copy of the foregoing was electronically filed in the US District Court, Middle District of Florida, using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ *Robert J. Sniffen*
**ROBERT J. SNIFFEN**