UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:21-cv-2035

**SHIRLEY BEZERRA STEEL** and **JEFFREY STEEL**,
both individually and as parents and guardians
for **S.B.**, a minor child,

    **Plaintiffs,**

v.

**BREVARD COUNTY SCHOOL BOARD,**
**BREVARD COUNTY SCHOOL DISTRICT,**
**SUPERINTENDENT MARK MULLINS,**
**BREVARD COUNTY SCHOOL BOARD**
**CHAIRWOMAN MISTY BELFORD, CHERYL**
**McDOUGALL, JENNIFER JENKINS, KRISTEN**
**GODDEN, and NICHOLE DOUGHERTY,**

    **Defendants**.
_____/

**PLAINTIFFS' SECOND AMENDED MOTION FOR SANCTIONS AGAINST**
**THE BREVARD COUNTY SCHOOL BOARD, SUPERINTENDENT MARK**
**MULLINS, CHAIRWOMAN MISTY BELFORD, CHERYL MCDOUGALL,**
**AND JENNIFER JENKINS**
<u>**FOR VIOLATIONS OF RULE 26 AND FLORIDA STATUTE § 627.4137**</u>

    Plaintiffs, SHIRLEY BEZERRA STEEL, JEFFREY STEEL, both individually

and as parents and guardians for S.B., a minor child ("Plaintiffs"), by and through

undersigned counsel and pursuant to Fed. R. Civ. P. 37, hereby file this Motion

regarding Defendants' ongoing noncompliance with Fed. R. Civ. P. 26 and Fla. Stat. § 627.4137, and state:

    1.    Fed. R. Civ. P. 26(a)(1)(D) explicitly provides that information regarding insurance agreements is discoverable, as follows:

> (a)    Required Disclosures; Methods to Discover Additional Matter (1) Initial Disclosures...
>
> [A] party must, without awaiting a discovery request, provide to other parties:
>
> [A]ny insurance agreement under which any person carrying on an insurance business **may be liable** to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

Fed. R. Civ. P. 26(a)(1)(D) (emphasis added).

    2.    Similarly, Florida Statute § 627.4137(1) conveys a substantive right to the Plaintiffs and provides: "[E]ach insurer which does or may provide liability insurance coverage to pay all or a portion of any claim which might be made shall provide, within 30 days of the written request of the claimant" certain information to the claimant, including "(e) A copy of the policy." The statute specifically requires a statement under oath of a corporate officer or the insurer's claims manager or superintendent, and further, that the information to be disclosed includes "excess or umbrella insurance" coverages that may be applicable.

    3.    The Brevard County School Board and District self-insure, and provide the primary coverage for all named Defendants. To date, no primary

2

Policy has been produced by the District in violation of Rule 26 and Fla. Stat. § 627.4137.

4. Plaintiffs have been and continue to be prejudiced by: (1) not being able to determine available coverage, (2) not being able to challenge representations made about which Defendants are insureds under the available policies; (3) not being able to mediate effectively given the non-disclosures.

5. Subsequent to the October 10th mediation, which was not attended by the Defendant School Board, the Superintendent, or the School Board members, the School Board produced its excess Policy. Neither the excess insurance representative nor the primary risk manager from the District attended mediation, and the provision of the excess Policy and continued withholding of the primary Policy is manifest bad faith.

WHEREFORE, Plaintiffs, SHIRLEY BEZERRA STEEL, JEFFREY STEEL, both individually and as parents and guardians for S.B., a minor child, respectfully request that this Court issue an Order granting Plaintiffs' Motion for Sanctions for violations of Fed. R. Civ. P. 26 and Fla. Stat. § 627.4137, for the attorney's fees and costs incurred in attempting to resolve the issue and filing this motion, and for any other relief this Court deems just and proper.

**Local Rule 3.01(g) Certification**

Following Plaintiff's initial March 28, 2022, request, Counsel for Plaintiffs and Defendant conferred by e-mail on May 25, 2022, August 24, 2022, August 31, and September 2, 2022, by phone on September 9, 2022, and Plaintiff's counsel again raised the insufficient 627 response during the September 14, 2022, deposition of Defendant Brevard County School Board's Corporate Representative, who did not appear. These concerns were further discussed in letters exchanged leading up to mediation and in a follow-up meet and confer on October 14, 2022. Counsel for Defendants have refused to provide the District's primary Policy pursuant to Rule 26 and accompanying sworn statements required under Fla. Stat. § 627.4137 for each Defendant. The parties have been unable to reach an agreed resolution to this motion.

**DATED** October 15, 2022.

                                            **ANDERSONGLENN LLP**

                                            */s/ Nicholas P. Whitney*
                                            **Gregory A. Anderson, Esquire**
                                            Florida Bar Number: 398853
                                            gaanderson@asglaw.com
                                            **Nicholas P. Whitney, Esquire**
                                            Florida Bar Number: 119450
                                            nwhitney@asglaw.com
                                            10751 Deerwood Park Blvd., Ste. 105
                                            Jacksonville, Florida 32256
                                            Telephone: (904) 273-4734
                                            Facsimile: (904) 273-4712
                                            *Counsel for Plaintiffs*

## WORD COUNT CERTIFICATION

Although Plaintiffs believe the disclosure of insurance affects a substantive right of Plaintiffs, Plaintiffs have complied with the 500-word rule count in an abundance of caution. This document complies with word limits set forth in this Court's Standing Order on Discovery Motions [Doc. 8] as it contains 318 words, exclusive of caption, signature block, and certifications.

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of October, 2022, a true and correct copy of the foregoing was electronically filed in the U.S. District Court, Middle District of Florida, using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

**ANDERSONGLENN LLP**

*/s/ Nicholas P. Whitney*
Gregory A. Anderson, Esquire
Trial Counsel
Florida Bar Number: 398853
gaanderson@asglaw.com
Nicholas P. Whitney, Esquire
Florida Bar Number: 119450
nwhitney@asglaw.com
10751 Deerwood Park Boulevard, #105
Jacksonville, Florida 32256
(904) 273-4734, Fax:  (904) 273-4712
*Attorneys for Plaintiffs*