UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:21-cv-2035

**SHIRLEY BEZERRA STEEL** and **JEFFREY STEEL**,
both individually and as parents and guardians
for **S.B.**, a minor child,

    **Plaintiffs,**

v.

**BREVARD COUNTY SCHOOL BOARD,
BREVARD COUNTY SCHOOL DISTRICT,
SUPERINTENDENT MARK MULLINS,
BREVARD COUNTY SCHOOL BOARD
CHAIRWOMAN MISTY BELFORD, CHERYL
McDOUGALL, JENNIFER JENKINS, KRISTEN
GODDEN, and NICHOLE DOUGHERTY,**

    **Defendants**.
_____/

### PLAINTIFFS' RESPONSE TO ORDER ON PENDING MOTIONS

Plaintiffs, SHIRLEY BEZERRA STEEL and JEFFREY STEEL, both individually and as parents and guardians for S.B., a minor child ("Plaintiffs"), by and through undersigned counsel, hereby respond to the Court's October 24, 2022, Order [Doc. 88] requesting that the parties advise the Court whether any pending Motions may be denied as moot. In response, Plaintiffs state as follows:

1. Defendants', Mullins, Belford, McDougall and Jenkins', Motion To Dismiss Third Amended Complaint and Motion for Judgment on the Pleadings (Doc. 54) (Filed 5/18/22) **PENDING**.

2. Defendants, Brevard County School Board's and Brevard County Public Schools', Motion to Dismiss Third Amended Complaint and Motion for Judgment on the Pleadings (Doc. 55) (Filed 5/18/22) **PENDING**.

3. Defendants', Kristen Godden and Nichole Dougherty's, Motion to Dismiss Third Amended Complaint and Motion for Judgment on the Pleadings (Doc. 56) (Filed 5/18/22) **PENDING**.

4. Plaintiffs' Response to Brevard County School Board and Brevard County Public Schools' Motion to Dismiss Third Amended Complaint and Motion for Judgment on the Pleadings (Doc. 61) (Filed 06/08/22) **PENDING**.

5. Plaintiffs' Response to Defendants', Kristen Godden and Nichole Dougherty's, Motion to Dismiss Third Amended Complaint and Motion for Judgment on the Pleadings (Doc. 62) (Filed 06/08/22) **PENDING**.

6. Plaintiffs' Response to Defendants' (Mullins, Belford, McDougall and Jenkins') Motion to Dismiss Third Amended Complaint and Motion for Judgment on the Pleadings (Doc. 63) (Filed 06/08/22) **PENDING**.

7. Defendants' Time Sensitive Objection to and Motion for Protective Order Against Plaintiffs' Notice of Deposition Duces Tecum for Rule 30(b)(6) Witness (Doc. 73) (Filed 9/13/22) **PENDING**.

8. Plaintiffs' Motion for Sanctions for Violation of Florida Statute 627.4137 and Untruthful Answers to Rule 26 Disclosures (Doc. 75) (Filed 9/16/22). Defendants failed to confer with Plaintiffs' counsel on the status of Doc. 75 before filing their Response to Order on Pending Motions and to date, have not produced full copies of the requested policies. Therefore, Doc. 75 is **PENDING**.

9. Plaintiffs' Amended Motion for Sanctions for Violation of Florida Statute 627.4137 and Untruthful Answers to Rule 26 Disclosures (Doc. 76) (Filed 9/19/22) Defendants failed to confer with Plaintiffs' counsel on the status of Doc. 76 before filing their Response to Order on Pending Motions and to date, have not produced full copies of the requested policies. Therefore, Doc. 76 is **PENDING**.

10. Defendants', Brevard County School Board, Mullins, Belford, McDougall, and Jenkins', Motion to Extend Mediation Deadline (Doc. 79) (Filed 9/28/22) **PENDING**.

11. Plaintiffs' Second Amended Motion for Sanctions Against The Brevard County School Board, Superintendent Mark Mullins, Chairwoman Misty Belford, Cheryl McDougall, and Jennifer Jenkins for Violations of Rule 26 and Florida Statute § 627.4137 (Doc. 83) (Filed 10/15/22) **PENDING**.

12. Plaintiffs' Motion for Order to Show Cause and Sanctions (Doc. 84) (Filed 10/17/22) **PENDING**.

DATED: October 27, 2022.

**ANDERSONGLENN LLP**

*/s/ Nicholas P. Whitney*
**Gregory A. Anderson, Esquire**
Florida Bar Number: 398853
gaanderson@asglaw.com
**Nicholas P. Whitney, Esquire**
Florida Bar Number: 119450
nwhitney@asglaw.com
10751 Deerwood Park Blvd., Ste. 105
Jacksonville, Florida 32256
Telephone: (904) 273-4734
Facsimile: (904) 273-4712
*Counsel for Plaintiffs*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 27th day of October, 2022, a true and correct copy of the foregoing was electronically filed in the U.S. District Court, Middle District of Florida, using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

**ANDERSONGLENN LLP**

*/s/ Nicholas P. Whitney*
**Nicholas P. Whitney, Esquire**