**U**NITED **S**TATES **D**ISTRICT **C**OURT
**M**IDDLE **D**ISTRICT **O**F **F**LORIDA
**O**RLANDO **D**IVISION

---

**SHIRLEY BEZERRA STEEL and JEFFREY STEEL,**

        **Plaintiffs,**

v.                                                                  **Case No. 6:21-cv-2035-CEM-DAB**

**BREVARD COUNTY SCHOOL BOARD, MARK MULLINS, MISTY BELFORD, CHERLY MCDOUGAL, JENNIFER JENKINS, KRISTEN GODDEN, NICHOLE DOUGHERTY and BREVARD COUNTY SCHOOL DISTRICT,**

        **Defendants.**

| **UNITED STATES MAGISTRATE JUDGE:** | David A. Baker | **COURTROOM:** | ZOOM |
|---|---|---|---|
| **DEPUTY CLERK:** | Jenifer White | **COUNSEL FOR PLAINTIFF:** | Gregory A. Anderson<br>Nicholas Whitney |
| **AUDIO RECORDING:** | Digital<br>Orlando_Digital_Transcripts@flmd.uscourts.gov | **COUNSEL FOR DEFENDANT:** | Elmer C. Ignacio<br>David Miklas |
| **DATE/TIME:**<br><br>**TOTAL TIME:** | November 1, 2022<br>1:57 P.M.- 3:05 P.M.<br>1 HOUR & 8 MINUTES | | |

**CLERK'S MINUTES**
Hearing on Motions [Doc. 73, 76, 79, 83, and 84]

Case called, appearances made, procedural setting by the Court.
Hearing proceeds on the above referenced motions as stated on the record.
The Court orders the clerk to strike docket number [94] from the record.
Order on motions to enter.
Court adjourned.