UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SHIRLEY BEZERRA STEEL and
JEFFREY STEEL,

        Plaintiffs,

v.                                           Case No: 6:21-cv-2035-CEM-DAB

BREVARD COUNTY SCHOOL
BOARD, BREVARD COUNTY
SCHOOL DISTRICT, MARK
MULLINS, MISTY BELFORD,
CHERLY MCDOUGAL, JENNIFER
JENKINS, KRISTEN GODDEN,
and NICHOLE DOUGHERTY,

        Defendants.
_____

**ORDER**

This cause came on for consideration with oral argument on November 1, 2022, on the following motions:

**MOTION:** DEFENDANT'S TIME SENSITIVE OBJECTION TO AND MOTION FOR PROTECTIVE ORDER AGAINST PLAINTIFFS' NOTICE OF DEPOSITION DUCES TECUM FOR RULE 30(b)(6) WITNESS (Doc. No. 73)

**FILED:** September 13, 2022

———————————————————————————

It is **ORDERED** that Plaintiffs may take a Rule 30(b)(6) deposition, not to exceed two hours, to be completed by November 9, 2022. Areas of questioning are limited to subjects as to which the parties agreed and inquiry as to who, other than the witness, may have knowledge of relevant topics. The motion is otherwise **DENIED**, and the discovery deadline is otherwise unchanged.

**MOTION:** PLAINTIFFS' AMENDED MOTION FOR SANCTIONS FOR VIOLATION OF FLORIDA STATUTE 627.4137 AND UNTRUTHFUL ANSWERS TO RULE 26 DISCLOSURES (Doc. No. 76)

**FILED:** September 19, 2022

———————————————————————————

It is **ORDERED** that, to the extent it is not moot, the motion is **DENIED**.

**MOTION:** **PLAINTIFFS' SECOND AMENDED MOTION FOR SANCTIONS AGAINST THE BREVARD COUNTY SCHOOL BOARD, SUPERINTENDENT MARK MULLINS, CHAIRWOMAN MISTY BELFORD, CHERYL MCDOUGALL, AND JENNIFER JENKINS FOR VIOLATIONS OF RULE 26 AND FLORIDA STATUTE § 627.4137 (Doc. No. 83)**

**FILED:** October 15, 2022

_____

It is **ORDERED** that the motion is **DENIED**.

**MOTION:** **PLAINTIFFS' MOTION FOR RECONSIDERATION OF COURT'S ORDER DENYING DOCUMENT 76 AS MOOT (Doc. No. 96)**

**FILED:** October 28, 2022

_____

It is **ORDERED** that the motion is **DENIED**.

**MOTION:** **MOTION TO EXTEND MEDIATION DEADLINE (Doc. No. 79)**

**FILED:** September 28, 2022

_____

It is **ORDERED** that the motion is **DENIED**.

> **MOTION: PLAINTIFFS' MOTION FOR ORDER TO SHOW CAUSE AND SANCTIONS (Doc. No. 84)**
>
> **FILED:** October 15, 2022
> _____
>
> It is **ORDERED** that the motion is **DENIED**.

On March 28, 2022, the Court entered a Case Management and Scheduling Order establishing deadlines for amended pleadings on May 30, 2022, for discovery on September 30, 2022, for mediation on October 14, 2022, and for dispositive motions on November 1, 2022. Doc. No. 43. On April 27, 2022, Plaintiffs filed a Third Amended Complaint (Doc. No. 49), and Defendants thereafter filed their motions to dismiss and for judgment on the pleadings (Doc. Nos. 54-56), to which Plaintiffs responded (Doc. Nos. 61-63). On June 14, 2022, a mediation was scheduled for October 10, 2022. Doc. No. 64.

On September 13, 2022, Defendant Brevard County School Board filed its "Time Sensitive Objection to and Motion for Protective Order Against Plaintiffs' Notice of Deposition Duces Tecum for Rule 30(b)(6) Witness." Doc. No. 73. On September 16, 2022, Plaintiffs filed a "Motion for Sanctions for Violation of Florida Statute 627.4137 and Untruthful Answers to Rule 26 Disclosures" (Doc. No. 75), which the Court denied as moot (Doc. No. 77) upon Plaintiffs' filing of an amended motion on September 19, 2022 (Doc. No. 76). On September 28, 2022, Defendants Brevard County School Board, McDougall, Belford, Mullins, and Jenkins filed a

motion for an extension of time to complete mediation. Doc. No. 79. The parties did not settle at the mediation on October 10, 2022. Doc. No. 82. On October 15, 2022, Plaintiff filed a second amended motion for sanctions (Doc. No. 83) and a motion for an order to show cause and sanctions (Doc. No. 84). On October 28, 2022, the Court denied as moot (Doc. No. 92) Plaintiffs' amended motion for sanctions (Doc. No. 76). On October 28, 2022, Plaintiffs filed a motion for reconsideration of the Court's Order denying Doc. No. 76 as moot. Doc. No. 96.

On November 1, 2022, the Court held a hearing on the above motions (Doc. Nos. 73, 76, 79, 83, 84, and 96). For the reasons stated by the Court at the hearing and for the reasons stated below, it is **ORDERED** as follows:

(1) **Doc. No. 73**: Plaintiffs may take a Rule 30(b)(6) deposition, not to exceed two hours, to be completed by November 9, 2002. Areas of questioning are limited to subjects as to which the parties agreed and inquiry as to who, other than the witness, may have knowledge of relevant topics. The motion at Doc. No. 73 is otherwise **DENIED**, and the discovery deadline is otherwise unchanged.

(2) **Doc. Nos. 76, 83, 96:** Plaintiffs have failed to demonstrate that they are entitled to sanctions. Notably, in these motions, Plaintiffs did not request an order compelling production of any identified documents. The motions at Doc. Nos. 83 and 96 are **DENIED**. To the extent that it is not moot, the motion at Doc. No. 76 is **DENIED**.

(3) **Doc. Nos. 79, 84**: Based on the representations of the parties and their exchange of correspondence regarding their futile efforts to conduct a meaningful mediation, the Court concludes that further efforts to mediate would not be worthwhile at this time. The requirement that the parties complete a mediation is **VACATED**. The motions to extend time and for sanctions at Doc. Nos. 79 and 84 are **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida, on November 2, 2022.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record