UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**SHIRLEY BEZERRA STEEL and
JEFFREY STEEL, both individually
and as parents and guardians for
S.B.,**

    Plaintiffs,

v.

**BREVARD COUNTY SCHOOL BOARD,
BREVARD PUBLIC SCHOOLS,
SUPERINTENDENT MARK MULLINS,
BREVARD COUNTY SCHOOL BOARD
CHAIRWOMAN MISTY BELFORD, CHERYL
McDOUGALL, JENNIFER JENKINS, KRISTEN
GODDEN, and NICHOLE DOUGHERTY,**

    Defendants.
_____/

Case No.: 6:21-cv-02035-CEM-DAB

## **DEFENDANTS' JOINT NOTICE OF MOOTNESS OF MOTIONS TO DISMISS [DOCS. 54, 55, 56]**

Defendants, **BREVARD COUNTY SCHOOL BOARD** ("School Board"), **SUPERINTENDENT MARK MULLINS** ("Mullins"), **BREVARD COUNTY SCHOOL BOARD CHAIRWOMAN MISTY BELFORD** ("Belford"), **CHERYL McDOUGALL** ("McDougall"), **JENNIFER JENKINS** ("Jenkins"), **KRISTEN GODDEN** ("Godden"), and **NICHOLE DOUGHERTY** ("Dougherty") by and through the undersigned counsel, hereby notice the Court of the following:

    1.    The parties are currently proceeding under Plaintiffs' Third Amended

Complaint. [**Doc. 49**].

    2.    In response thereto, Defendants filed the following on May 18, 2022:

Defendants Mullins, Belford, McDougall, and Jenkins' Motion to Dismiss, [**Doc. 54**];

Defendants Brevard County School Board and Brevard County Public Schools' Motion to Dismiss, [**Doc. 55**]; and

Defendants Godden and Dougherty's Motion to Dismiss, [**Doc. 56**].

    3.    On November 1, 2022, all Defendants to this action filed their Answers and Affirmative Defenses. [**Docs. 101, 102, 105, 106**].

    4.    Because all Defendants have now filed a responsive pleading to the Third Amended Complaint, all pending Motions to Dismiss – [ **Docs. 54, 55, 56**] – are moot.

[*signature block on next page*]

Respectfully submitted this 2nd day of November 2022.

/s/ *Elmer C. Ignacio*
**ELMER C. IGNACIO**
Florida Bar Number: 537683
eignacio@sniffenlaw.com
**ROBERT J. SNIFFEN (Trial Counsel)**
Florida Bar Number: 0000795
rsniffen@sniffenlaw.com
**TERRY J. HARMON**
Florida Bar Number: 0029001
tharmon@sniffenlaw.com
**KRISTEN C. DIOT**
Florida Bar Number: 118625
kdiot@sniffenlaw.com

**SNIFFEN & SPELLMAN, P.A.**
123 North Monroe Street
Tallahassee, Florida 32301
Telephone: (850) 205-1996
Facsimile: (850) 205-3004

*Counsel for Defendants Brevard County School Board, Mullins, McDougall, Belford, and Jenkins*

/s/ *David Miklas*
**DAVID MIKLAS** (Lead Counsel for Defendants, Kristen Godden and Nichole Dougherty)
david@miklasemploymentlaw.com

**LAW OFFICE OF DAVID MIKLAS, P.A.**
P.O Box 12996
Fort Pierce, Florida 34979
Telephone: (772) 465-5111
Facsimile: n/a

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 2nd day of November 2022, a true and correct copy of the foregoing was electronically filed in the US District Court, Middle District of Florida, using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ *Elmer C. Ignacio*
**ATTORNEY**