UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

---

**SHIRLEY BEZERRA STEEL and JEFFREY STEEL,**

    **Plaintiffs,**

v.                           Case No. 6:21-cv-2035-CEM-DAB

**BREVARD COUNTY SCHOOL BOARD, MARK MULLINS, MISTY BELFORD, CHERLY MCDOUGAL, JENNIFER JENKINS, KRISTEN GODDEN, NICHOLE DOUGHERTY, and BREVARD COUNTY SCHOOL DISTRICT,**

    **Defendants.**

| UNITED STATES DISTRICT JUDGE: | Carlos E. Mendoza | COURTROOM: | 5B |
|---|---|---|---|
| DEPUTY CLERK: | Maria Hernandez | COUNSEL FOR PLAINTIFF: | Gregory Anderson, Nicholas Whitney |
| COURT REPORTER | Suzanne Trimble trimblecourtreporter@gmail.com | COUNSEL FOR DEFENDANT: | Elmer Ignacio, Dristen Diot, Robert Sniffen |
| DATE/TIME:<br><br>TOTAL TIME: | November 7, 2022<br>1:15 P.M. – 1:28 P.M.<br>13 Minutes | | |

**CLERK'S MINUTES**
**TELEPHONIC STATUS CONFERENCE**

Case called. Appearances taken.

The Court addresses matters with the parties.

Court is adjourned.

Page **1** of 1