UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**SHIRLEY BEZERRA STEEL and JEFFREY STEEL,**

      **Plaintiffs,**

v.                                                Case No. 6:21-cv-2035-CEM-DAB

**BREVARD COUNTY SCHOOL BOARD, MARK MULLINS, MISTY BELFORD, CHERLY MCDOUGAL, JENNIFER JENKINS, KRISTEN GODDEN, NICHOLE DOUGHERTY, and BREVARD COUNTY SCHOOL DISTRICT,**

      **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court upon *sua sponte* review. Federal Rule of Civil Procedure 5.2(a)(3) requires that "in an electronic or paper filing with the court that contains . . . the name of an individual known to be a minor . . . a party or nonparty making the filing may include only . . . the minor's initials." Of course, the parties should have been well aware of this Rule since the inception of this case because the Court previously struck Plaintiffs' original Complaint (Doc. 1) for violation of this Rule. (Dec. 7, 2021 Order, Doc. 6, at 1–2). The parties were also

previously reminded that "[f]ailure to comply with ANY Local Rules or Court Orders may result in the imposition of sanctions." (Notice to Counsel and Parties, Doc. 4). Nonetheless, many of the exhibits filed on the public docket continue to state, in full, the name of Plaintiffs' minor child, along with other protected information.

The Court will note that Defendants' negligible violation of the Rule pales in comparison Plaintiffs' blatant violations. Defendants filed two documents containing publicly available published social media posts and newspaper articles that contain S.B.'s name. (*See generally* Jenkins Social Media Posts & Fla. Today Article, Doc. 109-38 (stating S.B.'s first name); Jenkins Social Media Posts & Fla. Today Article, Doc. 109-40 (stating S.B.'s full name)). While the Court understands that these filings contain information that is already publicly available, in an abundance of caution, the Court will direct that they be sealed.

Plaintiffs on the other hand have flagrantly violated Rule 5.2, filing twenty exhibits that contain varying levels of information, including S.B.'s full name, date of birth, and private health information. (*See generally* S.B. School Notes, Doc. 126-6 (stating S.B.'s first name); Mansell Decl., Doc. 126-10 (stating S.B.'s full name, date of birth, and private health information); S.B. School Notes, Doc. 138-8 (stating S.B.'s first name); S.B. School Notes, Functional Behavioral Assessment, Prior Written Notice, Shirley Steel Notarized Letter, & School Nurse Visit Record, Doc.

138-9 (stating S.B.'s full name, date of birth, and private health information); S.B. IEP, Doc. 138-10 (stating S.B.'s full name, date of birth, and private health information); Emails, Doc. 138-11 (stating S.B.'s full name); S.B. Immigration Paperwork, Doc. 138-12 (stating S.B.'s full name); Shirley Steel Notarized Letter, Doc. 138-13 (stating S.B.'s first name); Jenkins Social Media Post, Doc. 138-17 (publicly available published social media post stating S.B.'s first name); Arias Confidential Psychological Evaluation of S.B., Doc. 138-18 (stating S.B.'s full name, date of birth, and private health information); Fla. Today Article, Doc. 138-20 (publicly available published news article stating S.B.'s first name); Jenkins Social Media Posts & Fla. Today Articles, Doc. 138-21 (publicly available published social media post and news article stating S.B.'s full name); S.B. School Notes, Doc. 139-8 (stating S.B.'s first name); S.B. School Notes, Functional Behavioral Assessment, Prior Written Notice, Shirley Steel Notarized Letter, & School Nurse Visit Record, Doc. 139-9 (stating S.B.'s full name, date of birth, and private health information); S.B. IEP, Doc. 139-10 (stating S.B.'s full name, date of birth, and private health information); Emails, Doc. 139-11 (stating S.B.'s full name); S.B. Immigration Paperwork, Doc. 139-12 (stating S.B.'s full name); Shirley Steel Notarized Letter, Doc. 139-13 (stating S.B.'s first name); Jenkins Social Media Post, Doc. 139-17 (publicly available published social media post stating S.B.'s first name); Arias Confidential Psychological Evaluation of S.B., Doc. 139-18 (stating

S.B.'s full name, date of birth, and private health information); S.B. School Nurse Visit Record, Doc. 139-20 (stating S.B.'s full name & private health information); Indian Harbour Beach Police Dep't Case Report, Doc. 139-22 (stating S.B.'s full name & date of birth)). Given the egregiousness of the violations by Plaintiffs, paired with the fact that the Court previously had to strike Plaintiffs' Complaint for the same reason, the Court would be well within its authority to simply disregard these filings at this stage. *Smith v. Bruster*, 424 F. App'x 912, 914 (11th Cir. 2011) ("The district court also has inherent authority to sanction parties for 'violations of procedural rules or court orders.'" (quoting *Donaldson v. Clark*, 819 F.2d 1551, 1557 n.6 (11th Cir. 1987))). In the interest of judicial economy, the Court will instead direct that these filings be sealed, but Plaintiffs are cautioned that further violations of this—or any other rule or Court Order—will results in sanctions.

In accordance with the foregoing, it is **ORDERED** that the Clerk is directed to **SEAL** the following docket entries:

1. Jenkins Social Media Posts & Florida Today Article (Doc. 109-38);

2. Jenkins Social Media Posts & Florida Today Article (Doc. 109-40);

3. S.B. School Notes (Doc. 126-6);

4. Mansell Declaration (Doc. 126-10);

5. S.B. School Notes (Doc. 138-8);

6. S.B. School Notes, Functional Behavioral Assessment, Prior Written Notice, Shirley Steel Notarized Letter, & School Nurse Visit Record (Doc. 138-9);

7. S.B. Individual Education Plan (Doc. 138-10);

8. Emails (Doc. 138-11);

9. S.B. Immigration Paperwork (Doc. 138-12);

10. Shirley Steel Notarized Letter (Doc. 138-13);

11. Jenkins Social Media Post (Doc. 138-17);

12. Arias Confidential Psychological Evaluation of S.B. (Doc. 138-18);

13. Florida Today Article (Doc. 138-20);

14. Jenkins Social Media Posts & Florida Today Articles (Doc. 138-21);

15. S.B. School Notes (Doc. 139-8);

16. S.B. School Notes, Functional Behavioral Assessment, Prior Written Notice, Shirley Steel Notarized Letter, & School Nurse Visit Record (Doc. 139-9);

17. S.B. Individual Education Plan (Doc. 139-10);

18. Emails (Doc. 139-11);

19. S.B. Immigration Paperwork (Doc. 139-12);

20. Shirley Steel Notarized Letter (Doc. 139-13);

21. Jenkins Social Media Post (Doc. 139-17);

22. Arias Confidential Psychological Evaluation of S.B. (Doc. 139-18);

23. S.B. School Nurse Visit Record (Doc. 139-20);

24. Indian Harbour Beach Police Dep't Case Report (Doc. 139-22).

**DONE** and **ORDERED** in Orlando, Florida on February 6, 2023.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record