UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**SHIRLEY BEZERRA STEEL, et al.**

    Plaintiffs,

v.                                                                 Case No.: 6:21-cv-02035-CEM-DAB

**BREVARD COUNTY SCHOOL BOARD, et al.,**

    Defendants.
_____/

**DEFENDANTS' MOTION TO TAKE JUDICIAL NOTICE
AND INCORPORTED MEMORANDUM OF LAW**

Defendants, **BREVARD COUNTY SCHOOL BOARD**, **MARK MULLINS**, **MISTY BELFORD**, **CHERYL MCDOUGALL**, and **JENNIFER JENKINS**, (collectively, "Defendants"), pursuant to Rule 201, Fed. R. Evid., by and through undersigned counsel, hereby move this Court to take judicial notice of certain facts in advance of trial, which is set for the April 2023 trial term, [**Doc. 43**], and in support therefore, state the following:

**I.**    **Rule 201, Fed. R. Civ. P. (Judicial Notice)**

Pursuant to Rule 201(b), Fed. R. Evid., this Court has authority to take judicial notice of facts which are "not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." The Court may take such notice "at any stage of the proceeding." Rule 201(d), Fed.

R. Evid. The Court "may take judicial notice on its own; or must take judicial notice if a party requests it and the court is supplied with the necessary information." Rule 201(c), Fed. R. Evid.

## II.     Press Releases by State Agencies

On March 1, 2020, the Florida Department of Health issued a press release, "Department of Health Announces Two Presumptive PositiveCOVID-19 Cases in Florida." [**Doc. 148-1**]. *See also,* https://www.floridahealth.gov/newsroom/2020/03/030120-two-presumptive-positive-covid19-cases.pr.html (last visited March 6, 2023).

Less than two weeks later, the Florida Department of Education on March 13, 2020, issued its own press release, "Florida Department of Education Provides Recommendations for Spring Break." [**Doc. 148-2**]. *See also,* https://www.fldoe.org/newsroom/latest-news/florida-department-of-education-provides-recommendations-for-spring-break.stml (last visited March 6, 2023).

The DOE then followed up on April 18, 2020, with another press release, "Florida Extends Distance Learning Through Remainder of Academic Year." [**Doc. 148-3**]. *See also,* https://www.fldoe.org/newsroom/latest-news/florida-extends-distance-learning-through-remainder-of-academic-year.stml (last visited March 6, 2023).

It is proper for this Court to take judicial notice of these state agencies' press releases (and the facts stated therein) as matters of public record and which are found

on these state agencies' websites. *See, Scherder v. Aspen Am. Ins. Co.,* 553 F. Supp. 3d 1098, 1100, fn. 3 (M.D. Fla. 2021) (judicial notice taken of Executive Order because it is a public record). *See also, Prendergast v. Sec'y, DOC & Florida Attorney Gen.*, 214CV619FTM38MRM, 2015 WL 7450107, at *9, fn. 11 (M.D. Fla. Nov. 24, 2015) (judicial notice taken of information on federal government agency website).

### III. Executive Orders

On March 9, 2020, Governor Ron DeSantis issued Executive Order 20-52 in which he declared "a state of emergency exists in the State of Florida." [**Doc. 148-4**]. In support of his declaration, the Governor acknowledged that the Florida Surgeon General on March 1st had "declared a Public Health Emergency exists in the State of Florida as a result of COVID-19 . . . ." *Id.* at p. 1.

An Executive Order is a matter of a public record. It is permissible for this Court to take judicial notice of this Executive Order as a public record. *See, Scherder,* 553 F. Supp. 3d at 1100, fn. 3 (judicial notice taken of Executive Order 20-72 issued by the Governor DeSantis which suspended non-emergency dental procedures in the interest of curbing the spread of COVID-19 "as it is a public record.").

### IV. Statutes

Defendants ask this Court to take judicial notice that Defendant Brevard County School Board is the governing body of the Brevard County School District. The following statutes support this fact: Sections 1001.30, Florida Statutes ("District unit); and 1001.32(2), Florida Statutes ("District School Board").

Defendants also request that the Court take judicial notice of the fact that the Brevard County School Board adopts policies for the operation of the Brevard County School District consistent with Florida law and applicable rules. The following statutes support this fact: Sections 1001.41(1) through (3) ("General powers of district school board."); 1001.43 ("Supplemental powers and duties of district school board); and 1012.22(1) ("Public school personnel; powers and duties of the district school board."), Florida Statutes.

It is appropriate for this Court to take judicial notice of these facts and the state statutes upon which these facts are based. *See*, *Thornton v. United States*, 2 F.2d 561, 562 (5th Cir. 1924), aff'd, 271 U.S. 414 (1926) (holding that trial court had a "duty" to take judicial notice of a state statute).

WHEREFORE, Defendants respectfully request the Court grant the relief requested in this Motion and/or grant any other relief deemed just and appropriate.

Respectfully submitted this 6th day of March 2023.

/s/ *Elmer C. Ignacio*
**ELMER C. IGNACIO**
Florida Bar Number: 537683
eignacio@sniffenlaw.com
**ROBERT J. SNIFFEN**
Florida Bar Number: 0000795
rsniffen@sniffenlaw.com
**TERRY J. HARMON**
Florida Bar Number: 0029001
tharmon@sniffenlaw.com
**KRISTEN C. DIOT**
Florida Bar Number: 0118625
kdiot@sniffenlaw.com

**SNIFFEN & SPELLMAN, P.A.**
123 North Monroe Street
Tallahassee, Florida 32301
Telephone: (850) 205-1996
Facsimile: (850) 205-3004

*Counsel for Brevard County School Board, Brevard County Public Schools, Superintendent Mark Mullins, Brevard County School Board Chairwoman Misty Belford, Cheryl McDougall, and Jennifer Jenkins*

### CERTIFICATE OF M.D. FLA. LOC.R. 3.01(g) CONFERENCE

Pursuant to M.D. Fla. Loc. R. 3.01(g), the undersigned certifies that on March 6, 2023, the undersigned left a message at Plaintiff's counsel's office and emailed Plaintiffs' counsel regarding the relief sought in this Motion, who has not yet responded. The undersigned will continue to contact opposing counsel and will supplement this Motion accordingly to comply with this local rule.

/s/ *Elmer C. Ignacio*
**ATTORNEY**

## **CERTIFICATE OF SERVICE**

  The undersigned certifies that on this 6th day of March 2023, a true and correct copy of the foregoing was electronically filed in the US District Court, Middle District of Florida, using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                /s/ *Elmer C. Ignacio*
                **ATTORNEY**