Case 6:21-cv-02035-CEM-DAB   Document 108-13   Filed 11/01/22   Page 1 of 2 PageID 4580

Skip to Content



# Florida Department of Education Provides Recommendations for Spring Break

---



March 13, 2020

FDOE Press Office
850-245-0413

DOEPressOffice@fldoe.org

**Florida Department of Education Provides Recommendations for Spring Break**

**Tallahassee, Fla., March 13, 2020 –** Today, Richard Corcoran, Commissioner of the Florida Department of Education, provided strong recommendations for extending spring break following Centers for Disease Control and Prevention (CDC) issuing guidance specific to COVID-19 in Florida. As all Florida school districts and public charter schools have different schedules, please click here to see the recommended spring break changes for each district. In addition, the department also announced that the start of state testing will be delayed by a minimum of two weeks.

Additional recommendations for schools and districts during spring break include:

- Canceling all extracurricular activities.
- Developing or perfecting the district or school instructional continuity plans.
- Deep cleaning each school.

"Keeping students healthy and safe is my number one priority, and that is why we are recommending that districts follow the CDC's guidance for Florida," **said Commissioner of Education Richard Corcoran.** "We are continuing to monitor COVID-19, and I encourage all Floridians to remain informed and take the necessary precautions that have been issued by the CDC."

For more information on COVID-19, please visit the Florida Department of Health's website www.floridahealth.gov and the Florida Department of Education' website www.fldoe.org/em-response.

Case 6:21-cv-02035-CEM-DAB   Document 109-13   Filed 11/04/22   Page 2 of 2 PageID 4581

For more information on the CDC's recommendations specific to Florida, please visit https://www.cdc.gov/coronavirus/2019-ncov/downloads/FL_Community_Mitigation.pdf.

*Read More News...*