Skip to Content

# Florida Extends Distance Learning Through Remainder of Academic Year

April 18, 2020

FDOE Press Office
850-245-0413
DOEPressOffice@fldoe.org

**Florida Extends Distance Learning Through Remainder of Academic Year**

**Tallahassee, Fla., April 18, 2020** – Today, Governor Ron DeSantis and Commissioner of Education Richard Corcoran recommended that all Florida public and private K-12 schools continue distance learning and keep school campuses closed through June 3rd, the remainder of the 2019-2020 academic year. Vice President Mike Pence and U.S. Secretary of Education Betsy DeVos recently announced that Florida is setting the pace nationwide for distance learning.

Florida's school districts have worked diligently with the Florida Department of Education (FDOE) to operationalize their distance learning plans by March 30, and FDOE provided that same support to public charter schools and many private schools, ensuring continuation of the best possible educational services throughout Florida.

"Although COVID-19 has been a huge disruption for Florida students and educators, Florida teachers have done a fantastic job leading the nation in distance learning. Our number one goal is to ensure the safety and security of students and to provide a great education. At this point, opening school campuses would cause a massive shift for our students, teachers and families who have done a great job of adapting to distance education," said **Governor Ron DeSantis**. "Florida's education community has risen to the occasion, Florida students are resilient, and I am proud of Florida's educators. We will do everything we can to continue supporting distance learning throughout the state."

"Today's recommendation to continue distance learning, will give our students, their families, teachers and our school leaders the ability to maximize student learning, while ensuring everyone's health and safety continues to be our first priority," said **Commissioner Richard Corcoran.** "As students continue to excel in distance learning, we will continue to work with superintendents, school administrations, colleges, teachers, parents and students to implement best practices, resources and support systems to ensure positive educational outcomes for those most affected."

In March, FDOE also announced the cancellation of spring 2020 state assessments, meaning that schools gained back instructional time that will allow local districts and schools to still end the school year based on their local calendars.

For more information on COVID-19, please visit http://www.fldoe.org/em-response/index.stml.

*Read More News...*