## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

SHIRLEY BEZERRA STEEL and
JEFFREY STEEL, both individually
and as parents and guardians for
S.B.,

    Plaintiffs,                                    Case No.: 6:21-cv-02035-CEM-RMN

v.

BREVARD COUNTY SCHOOL BOARD,
BREVARD COUNTY PUBLIC SCHOOLS,
SUPERINTENDENT MARK MULLINS,
BREVARD COUNTY SCHOOL BOARD
CHAIRWOMAN MISTY BELFORD, CHERYL
McDOUGALL, JENNIFER JENKINS, KRISTEN
GODDEN, and NICHOLE DOUGHERTY,

    Defendants.
_____/

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to M.D. Fla. Loc. R. 2.02(C), Matthew A. Smith moves to withdraw as co-counsel for Defendants, **Brevard County School Board, Brevard County Public Schools, Superintendent Mark Mullins, Brevard County School Board Chairwoman Misty Belford, Cheryl McDougal, and Jennifer Jenkins**, and in support states:

    1.    Mr. Smith will no longer be employed by the law firm Sniffen & Spellman, P.A. after Friday, March 17, 2023.

2. Pursuant to the Local Rules, Counsel for Defendants notified the client of Mr. Smith's intent to withdraw, and all have consented.

3. Robert J. Sniffen and Kristen C. Diot of Sniffen & Spellman P.A. will remain as counsel of record for Defendants.

**WHEREFORE**, Matthew A. Smith requests that this motion be granted and that he be removed from future service in this case.

Respectfully submitted,

/s/ *Matthew A. Smith*
**MATTHEW A. SMITH**
Florida Bar Number: 114270
msmith@sniffenlaw.com

**SNIFFEN & SPELLMAN, P.A.**
700 South Palafox Street, Suite 95
Pensacola, Florida 32502
Telephone: (850) 741-2510
Facsimile: (850) 857-8500

*Counsel for Brevard County School Board, Brevard County Public Schools, Superintendent Mark Mullins, Brevard County School Board Chairwoman Misty Belford, Cheryl McDougal, and Jennifer Jenkins*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 21st day of March 2023, a true and correct copy of the foregoing was electronically filed in the US District Court, Middle District of Florida, using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ *Matthew A. Smith*
**MATTHEW A. SMITH**