UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SHIRLEY BEZERRA STEEL and
JEFFREY STEEL, both individually
and as parents and guardians for
S.B.,

    Plaintiffs,     Case No.: 6:21-cv-02035-CEM-RMN

v.

BREVARD COUNTY SCHOOL BOARD,
BREVARD COUNTY PUBLIC SCHOOLS,
SUPERINTENDENT MARK MULLINS,
BREVARD COUNTY SCHOOL BOARD
CHAIRWOMAN MISTY BELFORD, CHERYL
McDOUGALL, JENNIFER JENKINS, KRISTEN
GODDEN, and NICHOLE DOUGHERTY,

    Defendants.
_____/

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to M.D. Fla. Loc. R. 2.02(C), Elmer C. Ignacio moves to withdraw as co-counsel for Defendants, **Brevard County School Board, Brevard County Public Schools, Superintendent Mark Mullins, Brevard County School Board Chairwoman Misty Belford, Cheryl McDougal, and Jennifer Jenkins**, and in support states:

    1.    Mr. Ignacio has resigned from the law firm Sniffen & Spellman, P.A.

    2.    Pursuant to the Local Rules, Mr. Ignacio notified Defendants of his intent to withdraw and all have consented.

1

3. Robert J. Sniffen and Kristen C. Diot will remain as counsel of record for Defendants.

**WHEREFORE**, Elmer C. Ignacio requests that this motion be granted and that he be removed from future service in this case.

Respectfully submitted,

*/s/ Elmer C. Ignacio*
**ELMER C. IGNACIO**
Florida Bar No. 537683
elmer@flalawfirm.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 30th day of March 2023, a true and correct copy of the foregoing was electronically filed in the US District Court, Middle District of Florida, using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Elmer C. Ignacio*
**ELMER C. IGNACIO**
