UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SHIRLEY BEZERRA STEEL and
JEFFREY STEEL, both individually
and as parents and guardians for
S.B.,

    Plaintiffs,                               CASE NO: 6:21-cv-02035-CEM-GJK

v.

BREVARD COUNTY SCHOOL BOARD,
BREVARD COUNTY PUBLIC SCHOOLS,
SUPERINTENDENT MARK MULLINS,
BREVARD COUNTY SCHOOL BOARD
CHAIRWOMAN MISTY BELFORD, CHERYL
McDOUGALL, JENNIFER JENKINS, KRISTEN
GODDEN, and NICHOLE DOUGHERTY,

    Defendants.
_____/

**PLAINTIFFS' MOTION TO STRIKE AND TO FILE
RESPONSE TO DEFENDANTS' MOTION FOR
PARTIAL RECONSIDERATION UNDER SEAL**

Plaintiffs, SHIRLEY BEZERRA STEEL and JEFFREY STEEL, both individually and as parents and guardians for S.B., a minor child, and pursuant to this Court's March 17, 2023 Order [Doc. 169], respectfully request that this Court strike Plaintiffs' Response to Defendants' Motion for Partial Reconsideration [Doc. 183] from the docket, which was inadvertently filed not under seal, and allow Plaintiffs to refile their Response under seal.

WHEREFORE, Plaintiffs, SHIRLEY BEZERRA STEEL and JEFFREY STEEL, both individually and as parents and guardians for S.B., a minor child,

respectfully request that this Court strike Plaintiffs' Response to Defendants' Motion for Partial Reconsideration [Doc. 183] from the docket, and allow Plaintiffs to refile their Response to Defendants' Motion for Partial Reconsideration under seal, and for such further relief deemed just and proper.

### Local Rule 3.01(g) Certification

Pursuant to M.D. Fla. Loc. R. 3.01(g), undersigned contacted Defendants' counsel regarding the relief requested herein. Defendants' counsel does not oppose the relief sought.

DATED: April 3, 2023.

ANDERSONGLENN LLP

/s/ *Nicholas P. Whitney*
**Gregory A. Anderson, Esquire**
Florida Bar Number: 398853
gaanderson@asglaw.com
**Nicholas P. Whitney, Esquire**
Florida Bar Number: 119450
nwhitney@asglaw.com
10751 Deerwood Park Blvd., #105
Jacksonville, Florida 32256
Telephone: (904) 273-4734
Facsimile: (904) 273-4712
*Counsel for Plaintiffs*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 3rd day of April, 2023, a true and correct copy of the foregoing was electronically filed in the U.S. District Court, Middle District of Florida, using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ *Nicholas P. Whitney*
**Nicholas P. Whitney, Esquire**