UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**SHIRLEY BEZERRA STEEL and JEFFREY STEEL,**

     **Plaintiffs,**

v.       Case No. 6:21-cv-2035-CEM-RMN

**BREVARD COUNTY SCHOOL BOARD, MARK MULLINS, MISTY BELFORD, CHERLY MCDOUGAL, JENNIFER JENKINS, KRISTEN GODDEN, and NICHOLE DOUGHERTY,**

     **Defendants.**

| | | | |
|---|---|---|---|
| **UNITED STATES DISTRICT JUDGE:** | Carlos E. Mendoza | **COURTROOM:** | 5B |
| **DEPUTY CLERK:** | Maria Hernandez | **COUNSEL FOR PLAINTIFF:** | Gregory Anderson, Nicholas Whitney |
| **COURT REPORTER** | Suzanne Trimble trimblecourtreporter@gmail.com | **COUNSEL FOR DEFENDANT:** | David Miklas, Robert Sniffen, Kristen Diot |
| **DATE/TIME:** **TOTAL TIME:** | April 25, 2023 2:01 P.M. – 2:08 P.M. 7 Minutes | | |

**CLERK'S MINUTES**
**TELEPHONE STATUS CONFERENCE**

Case called. Appearances taken.

The court addresses the order filed at **(Doc. 194)** with the parties.

Court is adjourned.